IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CAMERON XAVIER BAKER, SR.

    Plaintiff,

v.

LA CROSSE COUNTY JAIL,

    Defendant.

ORDER

Case No. 21-cv-398-jdp

---

CAMERON XAVIER BAKER, SR.

    Plaintiff,

v.

LA CROSSE COUNTY JAIL JAILERS,

    Defendants.

ORDER

Case No. 21-cv-399-jdp

---

Plaintiff Cameron Xavier Baker, an inmate in the custody of the La Crosse County Jail in La Crosse, Wisconsin, has submitted two proposed civil actions under 42 U.S.C. § 1983. Plaintiff has filed a release report with his account balances in support of the motion for leave to proceed without prepaying the fee.

Using this information, it appears that plaintiff presently has no means with which to pay the filing fees or to make an initial partial payment for either case. Under these circumstances, the court will grant plaintiff's motion for leave to proceed without prepayment of the filing fees, but will not assess the initial partial filing fees. Even if this court ultimately determines that plaintiff's complaints cannot go forward, plaintiff is advised that the full $350 filing fee for indigent litigants remains plaintiff's obligation for each case. *See* 28 U.S.C. § 1915(b)(2).

Because plaintiff is an inmate, plaintiff is subject to the Prison Litigation Reform Act, which requires the court to screen the complaints to determine whether any portion is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

ORDER

IT IS ORDERED that,

1. The motion filed by plaintiff Cameron Xavier Baker for leave to proceed without prepayment of the filing fee is GRANTED.

2. No further action will be taken in these cases until the court has screened the complaints as required by the Prisoner Litigation Reform Act, 28 U.S.C. § 1915(e)(2). Once the screening process is complete, a separate order will issue.

Entered this 6th day of August, 2021.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge