IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CAMERON XAVIER BAKER, SR.,

    Plaintiff,

    v.

Case No. 21-cv-398-jdp

LA CROSSE COUNTY JAIL JAILERS, and
SHERIFF JEFF WOLFE,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | November 4, 2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |